

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-17-00859-CV

Maria **VALDEZ**,
Appellant

v.

**CHALK MOUNTAIN SERVICES OF TEXAS, LLC**, Southern Packaging, LP, Tonore
Group, LP, and Tonore Management LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01421
Honorable Richard Price, Judge Presiding

## O R D E R

On January 9, 2018, appellees filed a motion to enforce temporary injunction and for contempt. On January 19, 2018, appellees filed a motion to withdraw the motion to enforce temporary injunction and for contempt. Appellees' motion to withdraw is GRANTED. Appellees' motion to enforce temporary injunction and for contempt is WITHDRAWN.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court